Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHARAM SINGH,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART STORES, INCORPORATED, KRISTIN GUTIERREZ, an individual, and Does 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:11-CV-02736-GEB-EFB<br><br>**ORDER REMANDING CASE TO STATE COURT** |

The parties have stipulated that any judgment entered in this case, inclusive of fees and costs, will not exceed $75,000.00, and that this case shall be remanded to the Superior Court of California for the County of Sacramento.  Therefore, this case is remanded to the Superior Court of California in the County of Sacramento.

DATED: 11/22/11

_____
GARLAND E. BURRELL, JR.
United States District Judge

WALM/1072940/11105255v.1

- 1 -

ORDER TO CAP DAMAGES AND FEES, DISMISS DEFENDANT KRISTEN GUTIERREZ AND REMAND ACTION
CASE NO.  2:11-CV-02736-GEB-EFB